# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATE OF AMERICA

Plaintiff,

v.

BRIAN STEVEN SMITH,

Defendant.

3:24-CR-00040-ACP

**ORDER ADOPTING REPORT AND RECOMMENDATION**
[Dkt. 115]

Several preliminary matters in this case have been referred to Magistrate Judge Kyle Reardon. Brian Smith moved for recusal of Judge Reardon. (Dkt. 110) In his motion, Smith argued for recusal based on Judge Reardon's courtroom conduct and decisions. (Dkt. 110; Dkt. 118) His argument is that Judge Reardon's rulings about "confidential communications, discovery access, evidence preservation, and complaint burdens associated with a protective order" create a "strong appearance of unfairness." (Dkt. 118 at 4-5) Smith also argues that "his attempts to explain them are cut of or minimized or dismissed as irrelevant." (*Id.*) Judge Reardon reviewed these arguments and issued a Report and Recommendation recommending that the recusal motion be denied.

Having reviewed the Report and Recommendation de novo alongside Smith's objections, the Report is **ADOPTED** in full. (Dkt. 115; Dkt. 118) The Report outlines the correct standard for recusal, as Smith concedes. (Dkt. 118 at 1) The Report also applies that standard correctly. Smith may disagree with Judge Reardon's legal decisions in this matter,

but they do not demonstrate the appearance of bias. Rather, they show a careful approach to the unique issues posed by this case.

Judge Reardon's courtroom demeanor does not create an appearance of bias. As the Supreme Court has explained, a judge's "expressions of impatience, dissatisfaction, annoyance, and even anger" rarely require recusal. *Liteky v. United States*, 510 U.S. 540, 555-56 (1994). "A judge's ordinary efforts at courtroom administration—even a stern and short-tempered judge's ordinary efforts at courtroom administration—remain immune." *Id.* There is simply nothing in the record indicating that Judge Reardon's courtroom conduct rose above the level of "ordinary efforts at courtroom administration." *See id.*

The Report and Recommendation at Docket 115 are **ADOPTED** in full.

IT IS SO ORDERED.

DATED August 5, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge